**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX VINCENT QUEZADA SR., | NO. EDCV 17-1603-DMG (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| Warden RON BARNES, et. al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 31, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE